[No. 56023-9-I. Division One. November 6, 2006.]

ACTUARIAL PLANNING GROUP, INC., *Plaintiff*, LESLIE A. BERRY ET AL., *Respondents*, v. CHRISTEN J. WILLIAMS ET AL., *Respondents*, TERRI COOK ET AL., *Defendants*, NORTHWEST RETIREMENT PLANNING SERVICES, INC., *Respondent*, ACCREDITED SURETY AND CASUALTY CO., INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-09756-8, Mary E. Roberts, J., entered March 11, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Grosse, J.

[No. 56363-7-I. Division One. November 6, 2006.]

BRITT MARIE LEE ET AL., *Respondents*, v. LAWRENCE PAGE ET AL., *Defendants*, VERA JONES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-00592-6, Michael E. Rickert, J., entered April 27 and June 7, 2005. *Reversed* and *remanded* by unpublished opinion per Agid, J., concurred in by Ellington and Dwyer, JJ.

[Nos. 56535-4-I; 57518-0-I. Division One. November 6, 2006.]

SUSAN WINDSOR ET AL., *Appellants*, v. ANDREW KLEFFNER ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-36566-0, Jim Rogers, J., entered June 17, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ.